UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA A. JONES,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendants.

22-CV-7243 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated October 17, 2022, and entered on October 20, 2022, the Court dismissed the complaint for failure to state a claim but granted Plaintiff 30 days' leave to replead her claims under the Fair Housing Act and 42 U.S.C. § 1983. By order dated November 16, 2022, the Court granted Plaintiff's request to have until December 5, 2022, to file an amended complaint. (ECF 6). On December 7, 2022, Plaintiff filed a letter in which she asks the Court to extend the deadline to December 15, 2022, because she has been sick. (ECF 7.)

The Court grants Plaintiff's request for an extension of time. Plaintiff must submit any amended complaint by December 15, 2022. If Plaintiff fails to comply within the time allowed, the Court will enter judgment consistent with its October 17, 2022, order of dismissal.

**CONCLUSION**

The Court grants Plaintiff's request for an extension of time to file an amended complaint. Plaintiff must submit any amended complaint by December 15, 2022.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 9, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge