UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA JONES,

                      Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                      Defendants.

22-CV-7243 (LTS)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

      By order dated February 6, 2023, the Court dismissed the action for failure to state a claim on which relief may be granted. (ECF 10.) Judgment was entered on the court's docket on February 9, 2023. (ECF 11.) On March 6, 2023, Plaintiff filed a notice of appeal and a motion for an extension of time to file a notice of appeal. (ECF 12, 13.)

      The Court denies Plaintiff's motion for an extension of time to file a notice of appeal. (ECF 12.) A litigant has 30 days from entry of the order or judgment she wishes to challenge to file a notice of appeal. Fed. R. App. P. 4(a)(1)(A). The Court entered judgment dismissing this action on February 9, 2023, and the Court received the notice of appeal on March 6, 2023. Because Plaintiff's notice of appeal was filed within the 30-day deadline, the Court denies Plaintiff's motion for an extension of time to appeal as unnecessary.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  March 7, 2023
        New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge